IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOYCE A. BLAGG                                                                                          PLAINTIFF

V.                              CASE NO.: 3:10CV00157 BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Plaintiff Joyce Blagg's appeal is denied and judgment is entered in favor of

Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 28th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE